# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 05-7119**

**September Term, 2005**

05cv01519



Filed On:

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FILED   MAR 1 0 2006

CLERK

Milton Joseph Taylor,
      Appellant

    v.

Department of Motor Vehicles, et al.,
      Appellees

### APPEAL FROM THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

**BEFORE:**   Ginsburg, Chief Judge, and Tatel and Griffith, Circuit Judges

### J U D G M E N T

This appeal was considered on the record from the United States District Court for the District of Columbia and on the brief and appendix filed by appellant. It is

**ORDERED AND ADJUDGED** that the district court's order filed July 29, 2005 be affirmed. The district court properly dismissed the complaint without prejudice for lack of subject matter jurisdiction as the complaint failed to state a claim based on federal law, see 28 U.S.C. § 1331, nor was there diversity of citizenship, see 28 U.S.C. § 1332.

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. See Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

**Per Curiam**



MANDATE
Pursuant to the provisions of Fed. R. App. Pro. 41(a)

ISSUED:

BY:                                          Deputy Clerk

ATTACHED:  ___ Amending Order
               ___ Opinion
               ___ Order on Costs

A True Copy:

United States Court of Appeals
for the District of Columbia Circuit

By:                                          Deputy Clerk